

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00523-CV

**OHIO DEVELOPMENT, LLC.**,
Appellant

v.

**TAPATIO SPRINGS HOMEOWNERS ASSOCIATION**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-405CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to December 17, 2018.

It is so ORDERED on December 3, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court